**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-6447**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PETER SIMPSON, a/k/a Diamond, a/k/a Peter
Pillings, a/k/a Clarence Floyd,

Defendant - Appellant.

————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Robert Earl Maxwell, Senior District Judge. (CR-95-5, CA-98-166)

————————

Submitted: July 22, 1999          Decided: July 27, 1999

————————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Peter Simpson, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter Simpson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Simpson, Nos. CR-95-5; CA-98-166 (N.D.W. Va. Jan. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED